```
                            3RD DISTRICT COURT
                      SALT LAKE COUNTY, STATE OF UTAH

                BARBARA HAUGSOEN vs. JERSEY CARTAGE LLC et al.
CASE NUMBER 200900021 Miscellaneous
```

CURRENT ASSIGNED JUDGE
        SU CHON


PARTIES
        Plaintiff - BARBARA HAUGSOEN
        Represented by: LANCE L MILNE
        Represented by: ALAN MORTENSEN
        Represented by: CHRISTOPHER CHENEY


        Defendant - JERSEY CARTAGE LLC


        Defendant - ROBERT J HEINOHN



ACCOUNT SUMMARY
            Total Revenue Amount Due:         610.00
                        Amount Paid:          610.00
                      Amount Credit:            0.00
                            Balance:            0.00
        REVENUE DETAIL - TYPE: COMPLAINT - NO AMT S
                 Original Amount Due:         360.00
                  Amended Amount Due:         360.00
                        Amount Paid:          360.00
                      Amount Credit:            0.00
                            Balance:            0.00


        REVENUE DETAIL - TYPE: JURY DEMAND - CIVIL
                 Original Amount Due:         250.00
                  Amended Amount Due:         250.00
                        Amount Paid:          250.00
                      Amount Credit:            0.00
                            Balance:            0.00



CASE NOTE



PROCEEDINGS
01-02-2020   Filed: Complaint and Jury Demand
01-02-2020   Case filed by efiler


02-13-2020 03:24 PM                                            Page 1 of 2

```
CASE NUMBER: 200900021 Miscellaneous
01-02-2020    Fee Account created Total Due: 360.00
01-02-2020    Fee Account created
01-02-2020    Fee Account created Total Due: 250.00
01-02-2020    Fee Account created
01-02-2020    COMPLAINT - NO AMT S   360.00
01-02-2020    JURY DEMAND - CIVIL   250.00
01-02-2020    Judge SU CHON assigned.
01-02-2020    Filed: Return of Electronic Notification
01-13-2020    Filed return: Summons on Return Return of Service - Robert
              Heinsohn upon ROBERT HEINSOHN for
                   Party Served: ROBERT J HEINOHN
                   Service Type: Personal
                   Service Date: January 08, 2020
                       Garnishee:
01-13-2020    Filed return: Summons on Return Return of Service - Jersey
              Cartage upon JOHN COLFER, OWNER for
                   Party Served: JERSEY CARTAGE LLC
                   Service Type: Personal
                   Service Date: January 08, 2020
                       Garnishee:
01-13-2020    Filed: Return of Electronic Notification
02-06-2020    Filed: Filed Notice of Removal to the United States District
              Court for the District of Utah
02-06-2020    Filed: Notice of Filing Notice of Removal
02-06-2020    Filed: Return of Electronic Notification
```