Stephen J. Trayner, #4928
John M. Zidow, #10626
STRONG & HANNI
102 South 200 East, Suite 800
Salt Lake City, Utah 84111
Telephone: (801) 532-7080
Facsimile: (801) 596-1508
strayner@strongandhanni.com
jzidow@strongandhanni.com

*Attorneys for Defendants Jersey Cartage, LLC and Robert J. Heinsohn*

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

## CENTRAL DIVISION

| | |
|---|---|
| BARBARA HAUGSOEN as guardian and conservator of RUNE ERIK HAUGSOEN, an incapacitated adult,<br><br>Plaintiff,<br><br>v.<br><br>JERSEY CARTAGE, LLC and ROBERT J. HEINSOHN, an individual,<br><br>Defendants. | **STIPULATION AND JOINT MOTION TO DISMISS WITH PREJUDICE**<br><br><br>Civil No. 2:20-cv-00075<br><br>Judge Jill N. Parrish |

Defendants and Plaintiffs, pursuant to Utah R. Civ. P. 41(a), stipulate and jointly move the Court for entry of an Order dismissing this lawsuit and Plaintiffs' Complaint against all Defendants with prejudice and on the merits with the parties to bear their respective costs and fees. The parties have fully resolved and settled this case.

DATED this 30th day of September, 2021.

STRONG & HANNI

*/s/ Stephen J. Trayner*

Stephen J. Trayner
*Attorneys for Defendants*

DATED this 30th day of September, 2021

DEWSNUP KING OLSEN WOREL HAVAS MORTENSEN

*/s/ Lance L. Milne (with permission)*
Alan W. Mortensen
Christopher J. Cheney
Lance L. Milne
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of September, 2021, a true and correct copy of the **STIPULATION AND JOINT MOTION TO DISMISS WITH PREJUDICE** was served via the method indicated below upon the following parties:

| | | |
|---|---|---|
| Alan W. Mortensen | ( ) | U.S. Mail, postage prepaid |
| Christopher J. Cheney | ( ) | Hand Delivery |
| Lance L. Milne | ( ) | Overnight Mail |
| DEWSNUP KING OLSEN WOREL HAVAS MORTENSEN | ( ) | Facsimile |
| | ( ) | Email |
| 36 S. State Street, Suite 2400 | (X) | CM/ECF notification system |
| Salt Lake City, UT 84111-0024 | | |
| amort@dkolaw.com | | |
| ccheney@dkolaw.com | | |
| lmilne@dkolaw.com | | |
| Twood@dkowlaw.com | | |
| *Attorneys for Plaintiff* | | |

*/s/ Sarah Wheelwright*